JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CV08-6917-R |
|---|---|
| Plaintiff, | CR 02-1213-R |
| vs. | |
| SANAE KOHIKI, | ORDER |
| Defendant. | |

Defendant has filed an unsigned motion pursuant to 28 U.S.C. §2255 to vacate the conviction appealed and affirmed twice on July 11, 2005 and May 16, 2007, claiming misconduct by the trial judge.

All matters raised by this motion have been reviewed and decided on appeal. Defendant's counsel HARLAND W. BRAUN has signed and verified the motion on behalf of defendant much on information and belief.

The Court of Appeals found the matters raised here to be without merit.

The motion is denied.

DATED: December 8, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE